UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2025
```

Yuri Hovhannisyan ex rel. C.A.R.C.,

                Petitioner,

-against-

**"HAYNES,"** Warden of Detention Facility At 26 Federal Plaza, New York, NY; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement (ICE); Marcos Charles acting Executive Associate Director for ICE Enforcement and Removal Operations (ERO); William P. JOYCE, in his official capacity as Deputy Field Office Director of New York; Rodney S. SCOTT, in his official capacity as the Commissioner of U.S. Customs and Border Protection (CBP); Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of Homeland Security; and Pamela BONDI, in her official capacity as Attorney General of the United States, in their official capacities,

                Respondents.

25 Civ. 9520 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Petitioner C.A.R.C., who is detained in 26 Federal Plaza, New York, New York 10278 brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The petition was filed on Petitioner's behalf by Yuri Hovhannisyan, Petitioner's next friend.[1]

    The Court, having examined this § 2241 petition, hereby ORDERS that:

    (1) By **November 18, 2025**, Respondents shall file an opposition as to why this petition for a writ of *habeas corpus* should not be granted.

---

[1] A petition for a writ of *habeas corpus* may be brought either "by the person for whose relief it is intended or by someone acting in his [or her] behalf." 28 U.S.C. § 2242.

(2) Petitioner shall have the opportunity to reply by **November 19, 2025**.

(3) To preserve the Court's jurisdiction pending a ruling on the petition, petitioner shall not be removed from the United States unless and until the Court orders otherwise.[2]

(4) Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey, in light of Petitioner's interests in participating in further proceedings before this Court and maintaining adequate access to legal counsel throughout these proceedings.[3]

(5) The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this order at the following email address: jeffrey.oestericher@usdoj.gov.

(6) The Clerk of Court is respectfully directed to mail and email a copy of this order to Yuri Hovhannisyan at the mailing address and email address listed on the docket sheet for this action.[4]

SO ORDERED.

Dated: November 14, 2025
New York, New York

                                             _____
                                             ANALISA TORRES
                                             United States District Judge

---

[2] *See, e.g.*, *Kuprashvili v. Flanagan*, No. 25-CV-5268 (PAE) (S.D.N.Y. June 30, 2025) (collecting cases staying removal to maintain the status quo).

[3] *See Samb v. Joyce*, No. 25-CV-6373 (S.D.N.Y. Aug. 4, 2025) (ECF No. 3) (collecting cases in support of enjoining transfer of petitioner outside of New York City area).

[4] A pro se party may consent to accept service of documents in this case by email, instead of regular mail, by completing the attached form, Consent to Electronic Service.

2