UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/19/2025__
```

Yuri Hovhannisyan ex rel. C.A.R.C.,

                Petitioner,

-against-

"HAYNES," Warden of Detention Faility At 26 Federal Plaza, New York, NY; Todd Lyons, Acting Director of U.S. Immigraiton And Customs Enforcement; Marcos Charles acting Executive Associate Director for ICE Enforcement and Removal Operations (ERO); William P. JOYCE, in his official capacity as Deputy Field Office Director of new York; Rodney S. SCOTT, in his official capacity as the Commissioner of U.S. Customs and Border Protection (CBP); Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of Homeland Security; and Pamela BONDI, in her official capacity as Attorney General of the United States, in their official capacities,

                Respondents.

25 Civ. 9520 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, United States District Judge:

      On November 17, 2025, the Court received a letter from Petitioner's mother, acting on Petitioner's behalf, advising that Petitioner and their counsel wish to withdraw the petition at ECF No. 1. *See* ECF No. 7. The Court GRANTS the request to withdraw this action. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).[1] The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: November 19, 2025
New York, New York

                                          ANALISA TORRES
                                      United States District Judge

---

[1] A voluntary dismissal under Fed. R. Civ. P. 41(a) is without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).